478 A.2d 56

Commonwealth v. Eubanks, Appellant.

Submitted September 9, 1983. Steven J. Zwicky, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

Judgment of sentence affirmed.